GARY L. FERTIG, ESQ.
State Bar No. 059360
1516 Oak Street, Suite 328
Alameda, CA 94501
Telephone: (510) 521-1400
Facsimile: (510) 865-0375
fertig@fertiglaw.com

Attorney for Secured Creditor
SAN FRANCISCO FEDERAL CREDIT UNION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 12-32811 |
| DAVID ROGER GAUDRY | Chapter 13 |
| Debtor, | OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN BY SECURED CREDITOR SAN FRANCISCO FEDERAL CREDIT UNION |
| | Continued Meeting of Creditors: 12/27/2012<br>Time: 1:00 p.m.<br>Place: Office of U.S. Trustee<br>235 Pine Street, Suite 850, San Francisco, CA |
| | Confirmation Hearing Date: TBA |

Secured Creditor, SAN FRANCISCO FEDERAL CREDIT UNION ("Secured Creditor"), objects to confirmation of the Debtor's proposed Chapter 13 Plan on the following grounds:

1. Secured Creditor provided the Debtor with purchase money financing on the following described motor vehicle and has duly perfected its security interest in the vehicles by registering with the Department of Motor Vehicles as lienholder:

    a. 2002 Honda S-2000;

    b. 2005 Toyota Sienna.

///

2. The Debtor has correctly scheduled Secured Creditor as the holder of the purchase money security interest in both vehicles on Schedule D.

3. Secured Creditor has filed separate Proofs of Claim relating to each secured vehicle noted in the Claims Register as Claims Numbers 6 and 7 (note: Secured Creditor filed an Amended Proof of Claim Number 7). As reflected on Secured Creditor's Proofs of Claim, the interest rate on each secured motor vehicle loan is 5.99%.

4. The Debtor's proposed Plan at Section 4(A) proposes the nominal interest rate on each secured claim in the amount of 3.00%.

5. Secured Creditor objects to confirmation of the Chapter 13 Plan on the grounds that the propose interest rate of 3.00% per annum on the secured claims is not adequate for purposes of the provisions of 11 U.S.C. §1325(a)(5)(B)(iii)(II). The U.S. Supreme Court in the matter of <u>Till v. SCS Credit Corporation</u> 124 S.Ct. 1951 (2004), held that the appropriate interest rate is determined by the "formula approach". The formula approach requires the Bankruptcy Court to use the National Prime Rate as the starting point for interest on a consumer secured claim and then adjust the Prime Rate to account for the Debtors' greater risk of non-payment then a solvent commercial borrower. In addition to the default risk imposed by the Debtors, the Court may consider evidence about the "liquidity of the collateral market." It is respectfully submitted that in the case where a consumer motor vehicle is pledged as collateral, the Court may take judicial notice of the fact that the vehicle depreciates on a monthly basis from the mere passage of time in addition to use, wear and tear.

6. The National Prime Rate in effect when the Debtor filed his Chapter 13 Petition in this matter was 3.25% per annum as reported by the Federal Reserve Bank internet site (www.federalreserve.gov). Utilizing the formula approach of the <u>Till</u> case, Secured Creditor respectfully suggests that 6.25% per annum is a reasonable rate of interest when the Court takes into consideration the character of the rapidly depreciating vehicle collateral and the risk of default coupled by the period of time that the Debtor propose to pay on the secured claims.

///

///

Wherefore, Secured Creditor respectfully requests that the Court deny confirmation of the Chapter 13 Plan; or in the alternative, condition confirmation on an interest rate of 6.25% per annum on both of Secured Creditor's Proofs of Secured Claims.

Dated: December 20, 2012

Respectfully submitted,

 /s/ Gary L. Fertig #059360
GARY L. FERTIG, Attorney for
Secured Creditor San Francisco Federal
Credit Union